8999. Turner v. North Georgia Fertilizer Company, for use, etc.

Broyles, P. J.   Under the facts of the case the court did not err in sustaining the exceptions of law to the auditor's report; and the entire case being controlled by matters of law, and there being no material issue of fact, and a reference to a jury, or a rereference to the auditor, being unnecessary, the court did not err in overruling the report of the auditor and in rendering judgment in favor of the plaintiff.

> Judgment affirmed.   Bloodworth and Harwell, JJ., concur.
> DECIDED DECEMBER 13, 1917.

Complaint; from city court of Floyd county—Judge Nunnally. May 21, 1917.

Harper Hamilton, F. W. Copeland, for plaintiff in error.
Nathan Harris, contra.